UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA STATE COUNCIL OF          )
CARPENTERS PENSION FUND, et al.,  )
                                  )
                  Plaintiffs,     )
                                  )
            v.                    )          No. 1:24-cv-01713-RLY-MKK
                                  )
JCDS, LLC,                        )
                                  )
                  Defendant.      )

**REPORT AND RECOMMENDATION TO
GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

On October 2, 2024, Plaintiffs filed their complaint alleging Defendant breached the Union's collective bargaining agreements and trust fund agreements, (Dkt. 1). Defendant was served with the lawsuit on October 19, 2024, (Dkt. 9). After Defendant failed to respond to the complaint or otherwise defend the action, on December 3, 2024, the Clerk entered a Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). (Dkt. 11). On January 21, 2025, the Court granted Plaintiffs' Motion for an Audit, (Dkt. 13). Although Defendant initially failed to comply with the Order, (*see* Dkt. 15), it eventually provided to Plaintiffs the necessary documents to conduct the audit. Defendant failed to retain counsel, as ordered, (Dkt. 22), and no representative for Defendant has appeared at any conference since July 2025, (*see id.* (noting Defendant's failure to appear at the September 3, 2025, status conference)).

On September 5, 2025, Plaintiffs filed the present Motion. (Dkt. 23). Four

months later, after Defendant failed to respond or otherwise appear, the Court set a hearing on the Motion. (Dkt. 24). The Court sent notice of the hearing to Defendant's address as it appears on the docket, (Dkt. 24), but the notice was returned as vacant-unable to forward, (Dkt. 25). This matter was referred to the undersigned for a report and recommendation. (Dkt. 26). On March 13, 2026, pursuant to Rule 55(b), the undersigned held a hearing on Plaintiffs' Motion. (Dkt. 27). Defendant failed to appear at the hearing. (*Id.*). Plaintiffs, by counsel, appeared and summarized the procedural history of the case. (*Id.*). Plaintiffs also explained their alleged damages and the supporting evidence. (*Id.*).

The undersigned, having reviewed the matter and being duly advised, **RECOMMENDS** to the District Judge that the Motion, Dkt. [23], be **GRANTED**, and Plaintiffs be awarded damages in the aggregate amount of $13,002.43, itemized as follows:

    A.    $367.20 in contributions owed to the Trust Funds as revealed by the audit;

    B.    $32.62 in contributions/deductions owed to the Union as revealed by the audit;

    C.    $36.72 in liquidated damages as revealed by the audit;

    D.    $110.16 in interest as revealed by the audit;

    E.    $3,310.35 in interest for October 2021 through February 2022; and

    F.    $9,145.38 in reasonable attorneys' fees and costs incurred by Plaintiffs.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

So **RECOMMENDED**.

Date: 03/23/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

JCDS, LLC
c/o Josh Davis
5347 Armstrong Drive
Indianapolis, IN 46237

All ECF-registered counsel of record via CM/ECF