UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA STATE COUNCIL OF CARPENTERS )
PENSION FUND,                        )
INDIANA/KENTUCKY/OHIO REGIONAL       )
COUNCIL OF CARPENTERS DEFINED        )
CONTRIBUTION PENSION FUND,           )
INDIANA/KENTUCKY/OHIO REGIONAL       )
COUNCIL OF CARPENTERS WELFARE        )
FUND,                                )
INDIANA/KENTUCKY/OHIO REGIONAL       )
COUNCIL OF CARPENTERS JOINT          )
APPRENTICESHIP AND TRAINING FUND,    )
CENTRAL MIDWEST REGIONAL COUNCIL     )
OF CARPENTERS,                       )
                                     )
                Plaintiffs,          )
                                     )
          v.                         )          No. 1:24-cv-01713-RLY-MKK
                                     )
JCDS, LLC,                           )
                                     )
                Defendant.           )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Motion for Default Judgment. The parties were afforded due opportunity pursuant to statute and the rules of this court to file objection; none were filed. The court, having considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the Magistrate Judge's Report and Recommendation. Judgment shall now issue.

**SO ORDERED** this 8th day of April 2026.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

Via first-class U.S. Mail:

JCDS, LLC
c/o Josh Davis, Member
22 E. Washington Street, Suite 210
Indianapolis, IN 46204